GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2022 DEC -8 PM 3:58

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-02651 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 554(a)<br>(Smuggling Goods From the United States)<br>Count 1 |
| Carol Rice, | | |
| Defendant. | | 18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(d)<br>(Importing and Dealing Firearms Without a License)<br>Count 2 |
| | | 26 U.S.C. §§ 5841, 5845(a)(7) & (b), 5861(d), & 5871<br>(Possession of Unregistered Firearms)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about September 6, 2019, in the District of Arizona, Defendant CAROL RICE knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a firearm silencer; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit:

Title 22, United States Code, Section 2778; and Title 22, Code of Federal Regulations, Parts 121.1 and 123.1.

In violation of Title 18, United States Code, Section 554(a).

## COUNT TWO

From on or about January 2016, to on or about July 29, 2020, in the District of Arizona, Defendant CAROL RICE, not being a licensed importer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of importing and dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT THREE

On or about July 29, 2020, in the District of Arizona, Defendant CAROL RICE knowingly received firearms as defined in Title 26, United States Code, Section 5845; that is, 108 firearm silencers/suppressors; not registered to CAROL RICE in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(7) and (b), 5861(d), and 5871.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: December 8, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona
/S/

REDACTED FOR
PUBLIC DISCLOSURE

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

*United States of America v. Carol Rice*
*Indictment Page 2 of 2*